# Third District Court of Appeal

## State of Florida

Opinion filed October 27, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-339
Lower Tribunal No. 18-17924

_____

**David E. Moya, et al.,**
Appellants,

vs.

**U.S. Bank National Association, etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Alan Fine, Judge.

Samuel D. Lopez, P.A., and Samuel D. Lopez (Southwest Ranches), for appellants.

Diaz Anselmo & Associates, P.A., and Adam A. Diaz, Roy A. Diaz and Marie A. Potopsingh (Fort Lauderdale), for appellee.

Before FERNANDEZ, C.J., and LOGUE and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>HSBC Bank USA, Nat'l Ass'n v. Buset</u>, 241 So. 3d 882, 889 (Fla. 3d DCA 2018) ("Once this blank indorsement was made on the note, the note became bearer paper, fully negotiable by simple transfer, like a signed check made out to cash or a signed check with the payee left blank. Negotiability by simple transfer is one of the defining characteristics of this type of commercial paper. It reflects one major difference between a negotiable instrument and, for example, a deed to land." citing § 673.2011, Fla. Stat. (2018) ("If an instrument is payable to bearer, it may be negotiated by transfer of possession alone.")).